# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PARUS HOLDINGS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | C.A. No.: 6:19-cv-00432-ADA<br>**(Lead Case)**<br><br>JURY TRIAL DEMANDED |
| PARUS HOLDINGS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | C.A. No.: 6:19-cv-00433-ADA<br>(Consolidated Case) |
| PARUS HOLDINGS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS INC. and LG ELECTRONICS U.S.A., INC.,<br><br>    Defendants. | C.A. No.: 6:19-cv-00437-ADA<br>(Consolidated Case) |

| | |
|---|---|
| PARUS HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, <br><br> Defendants. | C.A. No.: 6:19-cv-00438-ADA <br> (Consolidated Case) |
| PARUS HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | C.A. No.: 6:19-cv-00454-ADA <br> (Consolidated Case) |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Attorney Kristina R. Cary respectfully moves for leave of the Court to withdraw as counsel for Plaintiff Parus Holdings Inc. ("Parus"). Attorney Cary is no longer affiliated with the law offices of Mintz Levin Cohn Ferris Glovsky and Popeo P.C. ("Mintz"), and therefore Attorney Cary will no longer be able to represent Parus. Mintz will remain as counsel for Parus. In addition, counsel for Parus conferred with counsel for the Defendants prior to filing this motion, and Defendants do not oppose the relief requested by this motion.

Dated: January 8, 2020                             Respectfully submitted,


/s/ *Kristina R. Cary*
Kristina R. Cary
Massachusetts BBO No. 688759
Email: kristina.cary@gmail.com

Michael T. Renaud
Massachusetts BBO No. 629783
Email: MTRenaud@mintz.com
Michael J. McNamara
Massachusetts BBO No. 665885
Email: MMcNamara@mintz.com
Tiffany M. Knapp
Massachusetts BBO No. 694070
Email: TKnapp@mintz.com
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
www.mintz.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
Tel: 903-757-6400
Fax: 903-757-2323

***Attorneys for Plaintiff Parus Holdings Inc.***

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PARUS HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | C.A. No.: 6:19-cv-00432-ADA <br> **(Lead Case)** |

## **ORDER**

Upon consideration of Attorney Kristina R. Cary's Motion to Withdraw as Counsel, it is hereby ORDERED that the motion is GRANTED.

SIGNED this _____ day of _____, 2020

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on January 8, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Kristina R. Cary*
Kristina R. Cary

95149432