JOINTLY SUBMITTED
(Counsel listed on signature pages)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PARUS HOLDINGS INC.,

        Plaintiff,

    v.

LG ELECTRONICS INC., and
LG ELECTRONICS U.S.A., INC.,

      Defendants.

Case No. 3:20-cv-05896-JD

**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING *INTER PARTES* REVIEW PROCEEDINGS**

Judge:    The Honorable James Donato

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Parus Holdings, Inc. ("Parus") and Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. ("LG") hereby stipulate and request that the Court stay this action pending completion of *inter partes* review proceedings regarding all asserted claims of U.S. Patent Nos. 7,076,431 (the "'431 patent") and 9,451,084 (the "'084 patent"):

WHEREAS, Parus has filed a First Amended Complaint against LG alleging infringement of '431 patent and the '084 patent;

WHEREAS, on December 11, 2019, Parus served preliminary infringement contentions on LG, asserting claims 1, 2, 4-7, 9, 10, 13, and 14 of the '431 Patent and claims 1, 2, 4-7, 10, and 14 of the '084 Patent;

WHEREAS, on March 18, 2020, Apple Inc. filed two IPR petitions, with each IPR challenging all asserted claims of the '431 patent and the '084 patent (IPR2020-00686 and IPR2020-00687);

WHEREAS, on April 18, 2020, LG filed two IPR petitions (jointly with co-petitioners Google LLC and Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.), with each IPR challenging all asserted claims of the '431 patent and the '084 patent (IPR2020-00846 and IPR2020-00847);

WHEREAS, on September 23, 2020, the Patent Trial and Appeal Board ("PTAB") instituted *inter partes* review of claims 1-7, 9, 10, 13, 14, 18-21, and 25-30 of the '431 Patent and claims 1-7, 10, and 14 of the '084 Patent pursuant to IPR2020-00686 and IPR2020-00687, including all asserted claims in this case (institution decisions attached hereto as Attachments A and B);

WHEREAS, on October 21, 2020, the PTAB instituted *inter partes* review of claims 1, 2, 4-7, 9, 10, 13, and 14 of the '431 Patent and claims 1, 2, 4-7, 10, and 14 of the '084 Patent pursuant to IPR2020-00846 and IPR2020-00847, all asserted claims in this case (institution decisions attached hereto as Attachments C and D);

WHEREAS, the PTAB is expected to issue a final written decision in the IPR2020-00686 and IPR2020-00687 petitions by September 23, 2021;

1    WHEREAS, the PTAB is expected to issue a final written decision in the IPR2020-00846

2    and IPR2020-00847 petitions by October 21, 2021;

3    WHEREAS, the parties have met and conferred in good faith and agree that a stay of this

4    action pending resolution of the now-instituted IPR petitions would conserve both party and judicial

5    resources[1]; and

6    WHEREAS, the proposed stay would vacate all deadlines as to this action;

7    IT IS HEREBY AGREED AND STIPULATED by and between the parties, subject to the

8    approval of the Court, that this case is stayed pending the issuance of the Final Written Decision by

9    the PTAB in IPR2020-00686, IPR2020-00687, IPR2020-00846 and IPR2020-00847.  Within

10   fourteen days from the issuance of the last one of such decisions, the parties shall file a joint notice

11   advising the Court of the decision.  The parties reserve the right to later seek appropriate relief

12   regarding whether any stay should or should not be continued pending any appeal of the Final

13   Written Decision.

14

15   Dated: December 14, 2020                    Respectfully submitted,

16                                               MINTZ LEVIN COHN FERRIS GLOVSKY
                                                   AND POPEO, P.C.
17

18                                               By: */s/ Adrian Kwan*
                                                 Adrian Kwan
19
                                                 ***Attorneys for Plaintiff Parus Holdings Inc.***
20

21                                               */s/ Luann L. Simmons*
                                                 Darin W. Snyder (SB #136003)
22                                               dsnyder@omm.com
                                                 Luann L. Simmons (SB #203526*)*
23                                               lsimmons@omm.com
                                                 David S. Almeling (SB #235449*)*
24                                               dalmeling@omm.com
                                                 Mark Liang (SB #278487*)*
25                                               mliang@omm.com
                                                 Bill Trac (SB #281437*)*
26

27   ───────────────────
     [1] LG did not participate in IPR2020-00686 or IPR2020-00687.  For the avoidance of doubt, by
28   filing this Stipulation, LG does not agree to be bound by any estoppel as a result of these *inter
     partes* review proceedings.

1    btrac@omm.com
     Daniel Silverman (SB #319874)
2    dsilverman@omm.com
     O'MELVENY & MYERS LLP
3    Two Embarcadero Center
     28th Floor
4    San Francisco, CA 94111-3823
     Telephone: 415-984-8700
5    Facsimile: 415-984-8701

6    ***Attorneys for Defendants LG Electronics Inc.
     and LG Electronics U.S.A., Inc.***
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING *INTER PARTES* REVIEW
PROCEEDINGS – CASE NO. 3:20-cv-05896-JD

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated:_____       _____

4                                          Honorable James Donato
                                           United States District Judge

5

6

7

8                        **ECF ATTESTATION**

9         I hereby attest that concurrence in the filing of this document has been obtained from each of

10   the other signatories hereto.

11   Dated: December 14, 2020              */s/ Adrian Kwan*_____

12                                          Adrian Kwan

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28